IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DON BAKER, | ) | Case No. 1:23-cv-167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | THOMAS M. PARKER |
| | ) | |
| CITY OF SHAKER HEIGHTS, et al., | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Opinion and Order filed contemporaneously with this Judgment Entry, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and the defendants' motion for summary judgment is denied as moot.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: March 4, 2024

Thomas M. Parker
United States Magistrate Judge